IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00252-TES-MSH |
| | * |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINSTRATION, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 30, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk